# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBIN RAINA,<br><br>    Plaintiff,<br><br>v.<br><br>EBIX, INC.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 1:25-cv-05033-LMM |

## **CERTIFICATE OF CONFERENCE**

On September 8, 2025, in its order granting Plaintiff's request for an ex parte TRO, the Court ordered the parties to "meet and confer and file a certificate of having done so on or before the end of the day on Wednesday, September 10, 2025." Doc. 7. The parties have now met and conferred twice regarding plaintiff's request for injunctive relief, exchanged drafts containing the framework for an agreed preliminary injunction, and are hopeful that they will be able to submit a proposed agreed preliminary injunction order for the Court's consideration by the end of the day on Friday, September 12, 2025, if not sooner.

To help facilitate this effort, the parties respectfully and jointly request that the court adjust the briefing deadlines on Plaintiff's motion for injunctive relief as follows:

- Adjust the deadline for Defendant's response to Plaintiff's motion for injunctive relief to Friday, end of day, September 12, 2025.

- Adjust the deadline for Plaintiff's reply to Monday, end of day, September 15, 2025.

These revised deadlines will allow the parties to work earnestly over the next few days to reach an agreement that will hopefully make further motion practice and a hearing unnecessary.

>*/s/ Joshua F. Alloy*
>Joshua F. Alloy
>*Admitted Pro Hac Vice*
>Arnold & Porter Kaye Scholer, LLP
>601 Massachusetts Ave., NW
>Washington, D.C. 20001
>Telephone: (202) 942-5895
>Joshua.Alloy@arnoldporter.com
>
>Mohamed Al-Hendy
>*Admitted Pro Hac Vice*
>Arnold & Porter Kaye Scholer, LLP
>700 Louisiana St., Suite 4000
>Houston, TX 77002
>Telephone: 713-576-2421
>Mohamed.Al-Hendy@arnoldporter.com

Jordan A. Fishman
Georgia Bar No. 180796
John Hunt
Georgia Bar No. 378530
STOKES WAGNER, ALC
One Atlantic Center, Suite 2615
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
Telephone: (404) 766-0076
Facsimile: (404) 766-8823
jfishman@stokeswagner.com

*Attorneys for Defendant Ebix, Inc.*


*/s/ Lucas W. Andrews*
Lucas W. Andrews
Georgia Bar No. 019533
Samantha R. Mandell
Georgia Bar No. 141689
Ashley Futrell Hinkson
Georgia Bar No. 660089
Stanton Law LLC
410 Plaster Avenue NE, Suite 200
Atlanta, Georgia 30324
Telephone: (404) 881-1288
luke.andrews@stantonlawllc.com
samantha.mandell@stantonlawllc.com
ashley.hinkson@stantonlawllc.com

*Attorneys for Plaintiff Robin Raina*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed a true and complete copy of the foregoing with the Court's electronic filing system which will serve all counsel of record.

This 10th day of September, 2025.

                                          */s/ Lucas W. Andrews*
                                          Lucas W. Andrews
                                          Georgia Bar No. 019533
                                          Stanton Law LLC
                                          410 Plaster Avenue NE, Suite 200
                                          Atlanta, Georgia 30324
                                          Telephone: (404) 881-1288
                                          luke.andrews@stantonlawllc.com